IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
Norfolk Division



UNITED STATES OF AMERICA,

v.  　　　　　　　　　　　　　　　CRIMINAL NO. 2:07cr119

MARIO MORA-BRAVO,

　　　　Defendant.


## REPORT AND RECOMMENDATION
## CONCERNING PLEA OF GUILTY

　　The Defendant, by consent, has appeared before me pursuant to Federal Rule of Criminal Procedure 11, and referral from a United States District Judge, and has entered a plea of guilty to Count 1 of the Indictment. After cautioning and examining the Defendant under oath concerning each of the subjects mentioned in Rule 11, I determined that the guilty plea was knowledgeable and voluntary, and that the offense charged is supported by an independent basis in fact establishing each of the essential elements of such offense. I therefore recommend that the plea of guilty be accepted and that the Defendant be adjudged guilty and have sentence imposed accordingly.

　　Failure to file written objections to this Report and Recommendation within ten (10) days from the date of its service shall bar an aggrieved party from attacking such Report and Recommendation before the assigned United States District Judge. 28 U.S.C. § 636(b)(1)(B).

/s/ Bradford Stillman
UNITED STATES MAGISTRATE JUDGE

Norfolk, Virginia

July 9, 2007

## Clerk's Mailing Certificate

A copy of the foregoing Report was mailed this date to each of the following:

James O. Broccoletti, Esquire
Zoby & Broccoletti
6663 Stoney Point South
Norfolk, Virginia 23502

D. Monique Hutton, Esquire
Special Assistant United States Attorney
8000 World Trade Center
101 West Main Street
Norfolk, Virginia 23510

Fernando Galindo, Clerk

By _____KVG_____
         Deputy Clerk

_____July 10_____, 2007

Copies to: USA } elect.
           ensl }
7/10/07 KG  PTS
            PO
            USM